IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Richard Alexander,                                  :

        Petitioner                           :       Civil Action 2:10-cv-00445

v.                                                           :       Judge Smith

Warden Banks, Noble C.I.,                     :       Magistrate Judge Abel

        Respondent                         :

**ORDER**

Petitioner Richard Alexander brings this action under 28 U.S.C. §2254 challenging his convictions for possession of marijuana, having a weapon while under disability, and possession of a dangerous ordnance made pursuant to his negotiated guilty plea in the Muskingum County Court of Common Pleas.  This matter is before the Court on Magistrate Judge Abel's November 8, 2011 Report and Recommendation that the petition for writ of habeas corpus under 28 U.S.C. §2255 be denied.

No objections to the Report and Recommendation have been filed.  Upon *de novo* review as required by 28 U.S.C. §636(b)(1)(B), the Court ADOPTS the Report and Recommendation.

The petition for writ of habeas corpus is DENIED.  This action is hereby DISMISSED.  The Clerk of Court is DIRECTED to enter JUDGMENT for respondent.

                                                s/   George C. Smith

                                                George C. Smith
                                                United States District Judge